UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENE STYLE LIMITED,

                        Plaintiff,

-v-

Y.CHROMA APPAREL INC. *and* MAX ISRAEL,

                        Defendants.

25 Civ. 4646 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff Gene Style Limited's motion for default judgment. Dkt. 16. Per Individual Rule 3(M),[1] the Court directs Gene Style Limited to file the following papers in support of its motion:

- The affidavit of an <u>attorney</u>, setting forth all of the information listed in Individual Rule 3(M)(i), including legal authority for why an inquest into damages would be unnecessary;

- A proposed default judgment;

- If failure to answer is the basis for the default, a Certificate from the Clerk of Court stating that no answer has been filed.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: October 16, 2025
       New York, New York

---

[1] The Court's Individual Rules can be found at https://nysd.uscourts.gov/hon-paul-engelmayer.

1