UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE STYLE LIMITED,

Plaintiff,

-v-

Y.CHROMA APPAREL INC. *and* MAX ISRAEL,

Defendants.

25 Civ. 4646 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 3, 2025, plaintiff Gene Style Limited ("Gene Style") filed the complaint in this case. Dkt. 1. On June 26, 2025, Gene Style served defendant Y.Chroma Apparel Inc. with process. Dkt. 9. On August 1, 2025, Gene Style obtained a Clerk's Certificate of Default as to Y.Chroma Apparel Inc. ("Y.Chroma"). Dkt. 13. On October 3, 2025, Gene Style filed a motion for default judgment as to the same. Dkt. 16. On October 16, 2025, the Court directed Gene Style to file additional papers in support of its motion, as required by Individual Rule 3(M). Dkt. 19. On October 24, 2025, counsel for Gene Style filed an affirmation in support of the default judgment motion and a proposed default judgment. Dkts. 20–21. On November 3, 2025, the Court issued an Order to Show Cause, directing Y.Chroma to file an opposition explaining why default judgment is not warranted. Dkt. 22. On November 24, 2025, Y.Chroma opposed. Dkts. 25–26.

Y.Chroma has provided sufficient basis for the Court to find that default judgment is not warranted. Accordingly, the Court directs Y.Chroma to answer or otherwise respond to the Complaint by **Monday, January 5, 2026**. In the event that it fails to do so, the Court will be compelled to entertain another motion for default judgment.

1

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 15, 2025
New York, New York

2