
# Foster Garvey

One Seaport Plaza
199 Water Street
Suite 901
New York, NY 10038

Main: 212.431.8700
Fax: 212.334.1278
foster.com

Direct Phone: 212.965.4526
alan.heller@foster.com

February 4, 2026

**Via ECF**

Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

> Re:    Gene Style Limited v. Y. Chroma Apparel, Inc., et. al., Case No. 1:25-cv-04646(PAE)

Dear Judge Engelmayer:

We are counsel to Defendant Y. Chroma Apparel, Inc.  An initial pretrial conference has been scheduled for February 10, 2026 before Your Honor in connection with the above-referenced action (ECF# 31).

I write this letter motion to respectfully request an adjournment of the conference because I have a mediation on February 10 before Magistrate Judge Stewart Aaron at the same time as the scheduled conference.  No prior adjournment requests have been made and counsel for Plaintiff has consented to the request.

I have conferred with opposing counsel and both sides are available on the following dates:  March 2, 3 and 4, 2026.

Thank you for your consideration.

Respectfully yours,

Alan A. Heller (AH-7942)

cc:    Robert J. Hantman, Esq.
Via ECF
rhantman@hantmanlaw.com

FG: 110044619.1

GRANTED.  The Initial Pretrial Conference is adjourned to
**February 19, 2026 at 11 a.m.**  The materials listed in the Notice
of Initial Pretrial Conference, Dkt. 31, are due February 13,
2026.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: February 4, 2026
New York, New York