USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE STYLE LTD.,

                Plaintiff,

        -v-

Y.CHROMA APPAREL INC., ET AL.

                Defendants.

**ORDER**

25-CV-4646 (PAE)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated February 19, 2026, this case was referred to the undersigned for settlement. ECF No. 37.

A conference is scheduled on **March 31, 2026** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 948 168 996#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: February 27, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1