UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE STYLE LTD.,

                    Plaintiff,

        -v-

Y.CHROMA APPAREL INC., ET AL.

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2026

**ORDER**

25-CV-4646 (PAE)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on March 31, 2026.  The parties are directed to confer regarding their availability for a future virtual settlement conference.  The parties shall email RicardoNYSDChambers@nysd.uscourts.gov three dates for a future settlement conference by **April 6, 2026.**

**SO ORDERED.**

Dated: March 31, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1