UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE STYLE LTD.,

                Plaintiff,

       -v-

Y.CHROMA APPAREL INC., ET AL.

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/7/2026__

**ORDER**

25-CV-4646 (PAE)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's March 31, 2026 Order, ECF No. 39, the parties were directed to confer regarding their availability for a settlement conference and email RicardoNYSDChambers@nysd.uscourts.gov three dates for a future settlement conference by April 6, 2026.  To date, no email has been received.  The Court sua sponte extends the deadline to email settlement conference availability to **April 10, 2026**.

**SO ORDERED.**

Dated: April 7, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1