UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE STYLE LTD.,

              Plaintiff,

      -v-

Y.CHROMA APPAREL INC., ET AL.

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/13/2026__

**ORDER**

25-CV-4646 (PAE)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's March 31, 2026 Order, ECF No. 39, and April 7, 2026 Order, ECF No. 40, the parties were directed to confer regarding their availability for a settlement conference and email RicardoNYSDChambers@nysd.uscourts.gov three dates for a future settlement conference by April 10, 2026. The parties submitted four dates, but the Court is not available on the proposed dates. The undersigned's Deputy responded to the parties' email with dates when the Court is available. The parties are directed to respond with their preferred date for a future settlement conference or propose three new dates by **April 15, 2026**.

**SO ORDERED.**

Dated: April 13, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1