UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/13/2026__

GENE STYLE LTD.,

                Plaintiff,

-v-

Y.CHROMA APPAREL INC., ET AL.,

                Defendants.

**ORDER**

25-CV-4646 (PAE)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's April 14, 2026 Order, ECF No. 42, the parties were directed to email chambers an Acknowledgement Form, Ex Parte Settlement Letter, and availability for an Ex Parte Pre-Settlement Call by May 12, 2026. To date, no such email has been received from the Defendants. The Court *sua sponte* extends the deadline to submit these materials to **May 14, 2026.**

**SO ORDERED.**

Dated: May 13, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge