UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE STYLE LTD.,

                    Plaintiff,

        -v-

Y.CHROMA APPAREL INC., ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/26/2026_

**ORDER**

25-CV-4646 (PAE)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a settlement conference on May 26, 2026.  By later today, **May 26, 2026**, Defendant Y.Chroma will provide the spreadsheet of invoices discussed at the conference.  For the goods that were ordered but not delivered, by **May 28, 2026**, Plaintiff Gene Style will disclose which goods it still has and the disposition of the goods it no longer has.  Plaintiff Gene Style will provide a settlement proposal to Defendant by **June 1, 2026**. Defendant Y.Chroma will provide its counterproposal **before noon,** New York time, on **June 2, 2026**.

A second settlement conference will be held by Microsoft Teams at **1:00 p.m.** on **June 2, 2026**.  The undersigned's deputy will email access information to counsel.

**SO ORDERED.**

Dated: May 26, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge