UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENE STYLE LTD.,

Plaintiff,

-v-

Y.CHROMA APPAREL INC., *et al.*,

Defendant.

25 Civ. 4646 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the Court adjourns tomorrow's case management conference from 2 p.m. to **2:30 p.m**. The dial-in information remains the same.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 22, 2026
New York, New York