UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE STYLE LTD.,

                            Plaintiff,

            -v-

Y.CHROMA APPAREL INC. *et al.*,

                            Defendants.

25 Civ. 4646 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On the record of yesterday's case management conference, the Court set the following pretrial and trial schedule.

- The parties' pretrial materials, as required by the Court's Individual Rules 5(A)–(B), including, *inter alia*, a joint pretrial order, requests to charge, proposed *voir dire*, and motions *in limine* are due **September 25, 2026**. Counsel are directed to review the Court's Individual Rules and Practices in Civil Cases, found at https://nysd.uscourts.gov/hon-paul-engelmayer.

- Responses to any motions *in limine* are due **October 9, 2026**.

- A final pretrial conference is scheduled for **October 15, 2026** at **2 p.m.** in Courtroom 1305 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.

- Trial is scheduled to commence on **October 26, 2026** at **9 a.m.** in Courtroom 1305 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 24, 2026
       New York, New York