UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE STYLE LTD.,<br><br>Plaintiff,<br><br>-v-<br><br>Y.CHROMA APPAREL INC. *et al.*,<br><br>Defendants. | 25 Civ. 4646 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

At today's conference, for the reasons set out on the record, the Court granted (1) defendants' motion to preclude in its entirety from use at trial the documents plaintiff belatedly produced on September 18; and (2) plaintiff's unopposed motion to voluntarily dismiss Count Six of the Complaint.

To assure a complete record of the materials furnished by hand to the Court during today's hearing, the Court directs plaintiff's counsel to publicly file these on the docket of the case.

On the record of today's conference, the Court adjourned by one week the due date for the parties' pretrial materials, and left in place the ensuing pretrial deadlines the Court had previously set. For avoidance of confusion, the resulting schedule is as follows:

- The parties' pretrial materials, as required by the Court's individuals Rules 5(A)-(B), including, *inter alia*, a joint pretrial order, requests to charge, proposed *voir dire*, and motions *in limine* are due **October 2, 2026.** Counsel are directed to review the Court's individual Rules and Practices in Civil Cases, found at https://nysd.uscourts.gov/hon-paul-engelmayer.

- Responses to any motions *in limine* are due **October 9, 2026**.
- A final pretrial conference is scheduled for **October 15, 2026 at 2 pm**. In Courtroom 1305 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 1007.
- Trial is scheduled to commence on **October 26, 2026 at 9 am** in Courtroom 1305 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 23, 2026
New York, New York