UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE STYLE LTD.,

Plaintiff,

-v-

Y. CHROMA APPAREL INC. *et al.*,

Defendants.

25 Civ. 4646 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 30, 2026, defendant Y. Chroma Apparel Inc. ("Y. Chroma") moved to dismiss this action for lack of subject matter jurisdiction. Dkt. 55. On October 5, 2026, plaintiff Gene Style Ltd. ("Gene Style") filed an opposition. Dkt. 66. That same day, defendant filed an unsolicited reply. Dkt. 66.

Y. Chroma argues that the Court lost jurisdiction over Gene Style's state-law claims when Gene Style sent defense counsel a proposed joint pretrial order omitting its sole federal claim. Dkt. 55 at 2. But an unfiled draft did not withdraw that claim, and the joint pretrial order ultimately filed with the Court includes it. Dkt. 57 at 4; *See* Fed. R. Civ. P. 15(a); *Int'l Controls Corp. v. Vesco*, 556 F.2d 665, 668 (2d Cir. 1977) ("[A]n amended complaint ordinarily supersedes the original."); *Wright v. Ernst & Young LLP,* 152 F.3d 169, 178 (2d Cir. 1998) (plaintiff may not amend complaint through statements made in later submissions). The Court therefore continues to have original jurisdiction over this action and need not decide what the consequences would have been, including whether the Court would have exercised supplemental jurisdiction, had Gene Style withdrawn the federal claim.

Accordingly, the Court denies Y. Chroma's motion. The Court respectfully directs the Clerk of Court to terminate the motion at docket 55. All deadlines and the trial date remain in effect. *See* Dkt. 51.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 6, 2026
New York, New York