UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE STYLE LTD.,

Plaintiff,

-v-

Y. CHROMA APPAREL INC. *et al.*,

Defendants.

25 Civ. 4646 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the final pre-trial conference, previously scheduled for October 15, 2026 at 2 p.m., is hereby adjourned to the same day at 3 p.m. in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 13, 2026
New York, New York