UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE STYLE LTD.,

Plaintiff,

-v-

Y.CHROMA APPAREL INC *et al.*,

Defendants.

25 Civ. 4646 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At yesterday's conference, the Court, for the reasons set out on the record, granted defendants' motion *in limine* to preclude documents that plaintiff did not timely produce, including plaintiff's exhibits 24 (in part), 26, 27, and 28. *See* Dkt. 57 at 13–14. The Court denied defendants' motion *in limine* to categorically preclude plaintiff from offering oral testimony on subjects outside the scope of plaintiff's timely produced documents, while setting out limits on the testimony plaintiffs may elicit based on the preclusion order. Finally, the Court denied plaintiff's attempt to add a breach of contract claim. The Court respectfully directs the Clerk of Court to terminate the motion at docket 60.

The Court also set the following deadlines:

- A remote settlement conference will take place on **Tuesday, October 20, 2026 at 1 p.m.** By end of day **Monday, October 19, 2026**, counsel for each side should email an *ex parte* letter to the Court with respect to settlement, addressing the subjects identified by the Court at today's conference.

- If defendants' counsel elects to make a pretrial motion challenging plaintiff's unjust enrichment claim, such a motion must be made by **Monday, October 19, 2026**. Defendant's response is due **Wednesday, October 21, 2026**.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 16, 2026
New York, New York