UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE STYLE LTD.,

Plaintiff,

-v-

Y. CHROMA APPAREL INC. *et al.*,

Defendants.

25 Civ. 4646 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

A settlement conference in this case was held on Tuesday, October 20, and within 24 hours, the parties each agreed to the proposed settlement terms (the "settlement agreement"). In an on-the-record call yesterday, the Court set out those terms and confirmed the parties' assent to them.

As provided by the settlement agreement, the Court adjourns the trial scheduled to start on October 26, dismisses this case with prejudice, and directs the Clerk of Court to terminate all pending motions. The Court retains jurisdiction over the settlement agreement. As provided by the settlement agreement, counsel are to document the agreement by October 27 and to file the documented agreement on the docket of this case.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 22, 2026
New York, New York