UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE STYLE LTD.,

Plaintiff,

-v-

Y.CHROMA APPAREL INC. *et al.*,

Defendants.

25 Civ. 4646 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 30, 2026, counsel for plaintiff Gene Style Ltd. and defendants Y.Chroma Apparel Inc. and Max Israel jointly submitted a status update, requesting a conference to clarify an issue concerning the scope of their settlement agreement. Dkt. 80. The Court will schedule a conference with counsel to address the issue raised. The Court is furnishing the time and dial-in information for the call to counsel by email.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 2, 2026
New York, New York