UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE STYLE LIMITED,

Plaintiff,

-v-

Y.CHROMA APPAREL INC. *and* MAX ISRAEL,

Defendants.

25 Civ. 4646 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On Tuesday, October 20, a settlement conference was held in this case and within 24 hours, the parties each agreed to the proposed settlement terms and to this Court's retaining jurisdiction over the case until the parties were in compliance with those terms. Dkt. 77. The settlement agreement required that plaintiff Gene Style Limited ("Gene Style") dismiss a Bulgarian action brought against Nikolai Pachev. Dkt. 87. Y. Chroma Apparel Inc. ("Y. Chroma") represents that Nikolaeva has not yet done so. *Id.* A court may enforce a settlement agreement "as an exercise of its ancillary jurisdiction to manage its proceedings, vindicate its authority, and effectuate its decrees." *StreetEasy, Inc. v. Chertok*, 752 F.3d 298, 305 (2d Cir. 2014). Y. Chroma's motion to enforce the settlement is hereby granted. The Court orders Gene Style to dismiss the Bulgarian action against Nikolai Pachev with prejudice by noon tomorrow, November 11, 2026 and to file a letter confirming it has done so.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 10, 2026
New York, New York